**Jose A. RAGUINE, Petitioner,**

v.

## OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 04–3234.

United States Court of Appeals, Federal Circuit.

June 15, 2004.

Jose A. Raguine, Of Counsel, Zambales, Philippines, pro se.

Thomas D. Dinackus, Principal Attorney, Todd Hughes, David M. Cohen, Of Counsel, Department of Justice, Washington, DC, for Respondent.

## ORDER

Order Vacated, See 104 Fed.Appx. 176.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.